IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRAVIS HAWKINS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1548

Opinion filed December 11, 2014.

An appeal from the Circuit Court for Leon County.
Dawn Caloca-Johnson, Judge.

David W. Collins, of Collins Law Firm, Monticello, for Appellant.

Pamela Jo Bondi, Attorney General, and Jessica DaSilva and Trisha Meggs Pate, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.